# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BADGER AUCTIONEERS, INC.,**

      **Plaintiff,**

**v.**                                                       **Case No:  6:16-cv-572-Orl-31TBS**

**ZAID ALI and MY FRESH MARKET CORP.,**

      **Defendants.**

## ORDER

On January 10, 2017, Magistrate Judge Smith filed his Report & Recommendation (Doc. 38) recommending, *inter alia*, that Defendants' Motion to Vacate Clerk's Defaults (Doc. 37) be granted.[1] Plaintiff has filed objections to the Report & Recommendation (Doc. 39). Upon consideration of the foregoing, it is

**ORDERED** that Plaintiff's objections are OVERRULED. Judge Smith's Report & Recommendation is CONFIRMED. The Clerk's defaults are hereby VACATED.

It is further **ORDERED** that Plaintiff's Motions at Doc. 22 and 23 are DENIED. Defendants shall file a response to Plaintiff's Complaint by February 6, 2017, and the parties shall file their case management report by February 28, 2017.

---

[1] Plaintiff did not oppose this Motion and Judge Smith construed it as unopposed. Doc. 38 @ pp. 3-4.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 23, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party