# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BADGER AUCTIONEERS, INC.,**

    **Plaintiff,**

v.                                             Case No: 6:16-cv-572-Orl-31TBS

**ZAID ALI and MY FRESH MARKET CORP.,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 152) filed March 16, 2018.

On April 17, 2018, the United States Magistrate Judge issued a report (Doc. No. 161) recommending that the motion be granted, in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED** to the extent that costs of $5,096.55 are taxed in favor of Plaintiff and against Zaid Ali.

3. The Clerk is directed to enter a cost judgment in this amount.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 3, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party